In the Matter of the Claim of ANNE KRISTIANSEN, Appellant, for Death Benefits under the Workmen's Compensation Law, against FRANK McWILLIAMS, INC., et al., Respondents.

Argued March 1, 1950; decided April 6, 1950.

*Michael H. Grae* and *Jesse D. Berman* for appellant.

*Charles P. Barre* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.